No. 4832.—Louisiana State Rice Milling Co., aplte. v. García & López, aplda.—C. D. Mayagüez. Cumplimiento de contrato. Junio 26, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

En este caso la corte inferior hizo el señalamiento de juicio en lectura de calendario. La parte demandante no compareció a la vista en la corte inferior, y, a petición de la parte demandada, se dictó sentencia por abandono, la que fué apelada por la parte demandante para ante este tribunal. Solicitada la desestimación del recurso por ser frívolo y no haberse radicado alegato, fueron citadas las partes, y no com-

parecieron a la vista de la moción, por lo que se declaró ésta con lugar, desestimándose el recurso.